**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LORA D. HAMMAN                                                          PLAINTIFF

v.                              No. 1:15CV00011-JLH-JJV

CAROLYN W. COLVIN,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

<u>**ORDER**</u>

The Court has received Proposed Findings and Recommendations from Magistrate Judge Joe

J. Volpe.  After careful review of those Findings and Recommendations, and the timely objections

received thereto, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted as this Court's findings except insofar as those

proposed findings include reasons upon which the Commissioner did not rely.

IT IS SO ORDERED this 25th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE